| | |
|---|---|
| Jon P. Jacobs (SBN 205245) <br> Ryan H. Gomez (SBN 305208) <br> LAW OFFICES OF JON JACOBS <br> 5701 Lonetree Blvd., Suite 202 <br> Rocklin, CA 95765 <br> Telephone: (916) 663-6400 <br> Facsimile: (916) 663-6500 <br> jon@lemonbuyback.com <br> ryan@lemonbuyback.com <br><br> Attorneys for Plaintiff <br> PAUL NOPENS | |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NOPENS, <br><br> Plaintiff, <br><br> v. <br><br> POLARIS INDUSTRIES INC.; and DOES ONE through TEN <br><br> Defendants. | CASE NO.: 2:17-cv-01985-WBS-DB <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: August 3, 2018            LAW OFFICES OF JON JACOBS

/s/ Ryan H. Gomez_____
Ryan H. Gomez
Attorneys for Plaintiff
WILLIAM SLADE

Dated: August 3, 2018            WILSON TURNER KOSMO LLP

/s/ James P. Leonard (*as authorized on 8/3/18*)
James P. Leonard, II
Attorneys for Defendants
POLARIS INDUSTRIES INC.

---

1

Nopens v. Polaris Industries Inc.                                              Stipulation of Dismissal

## ORDER

Based on the foregoing stipulation, this action shall be, and hereby is, DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**

Dated: August 3, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE